## BARNABY v. BOARDMAN

No. 559PA84.

Case below: 70 N.C. App. 299.

Petition by plaintiff for discretionary review under G.S. 7A-31 allowed 4 December 1984.

## CHAMBERLIN v. CHAMBERLIN

No. 596P84.

Case below: 70 N.C. App. 474.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 December 1984.

## COASTAL PRODUCTION v. GOODSON FARMS

No. 561P84.

Case below: 70 N.C. App. 221.

Petition by defendants (Goodson) for discretionary review under G.S. 7A-31 denied 4 December 1984.

## DORTON v. DORTON

No. 520P84.

Case below: 69 N.C. App. 764.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 December 1984.

## GREEN v. MANESS

No. 469P84.

Case below: 69 N.C. App. 403.

Petition by defendant for discretionary review under G.S. 7A-31 denied 4 December 1984.